IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Jeffrey Scott Stone       )       Case No: 15-04049-TOM13
                          )
                          )

## DEBTOR'S OBJECTION TO CLAIM

Comes now the Debtor, Jeffrey Scott Stone, by and through counsel of record, and hereby objects to the following claim:

| Claim Number | Claimant | Amount |
|---|---|---|
| 5 | Yamaha/Capital One/Cavalry SPV I LLC | $4765.61 |

Debtor's objection to the above-listed claim is made on the following basis:

__X__ Debtor is surrendering the ATV which purportedly secures the Yamaha/Capital One/Cavalry SPV I LLC claim. A Motion to Modify his plan reflecting the surrender has been filed. Any deficiency balance would be disallowed in Debtor's case as he filed a previous Chapter 7 (15-00317-TOM7) and did not reaffirm the debt.

WHEREFORE, premises considered, Debtor prays this Honorable Court will sustain Debtor's objection to the above claim on the grounds set forth above.

/s/Elizabeth I. Johnson
Elizabeth I. Johnson
Attorney for Debtor

6 Office Park Circle
Suite 305
Birmingham, AL 35223
(205)870-4757

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Objection to Claim upon the Chapter 13 Trustee and Yamaha/Capital One/Cavalry SPV I, LLC either by electronic service or by depositing same in the United States Mail, the aforementioned creditor at the following address: c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712.

This __26th__ day of __August__, 2016

/s/Elizabeth I. Johnson
Of Counsel